# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD SIMMONS,                      :  No. 53 EM 2018
                                     :
                    Petitioner       :
                                     :
                                     :
            v.                       :
                                     :
                                     :
PENNSYLVANIA DEPARTMENT OF           :
CORRECTIONS, AND MR. M.D.            :
OVERMYER, SUPERINTENDENT OF SCI      :
FOREST AND ATTORNEY GENERAL OF       :
PENNSYLVANIA,                        :
                                     :
                    Respondents      :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 16th day of July, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.